| | |
|---|---|
| Adam R. Alper (CA Bar No. 196834)<br>Bao Nguyen (CA Bar No. 198023)<br>KIRKLAND & ELLS LLP<br>555 California Street<br>San Francisco, CA 94194<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: adam.alper@kirkland.com<br><br>Christopher M. Lawless (CA Bar No. 268952)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: clawless@kirkland.com<br><br>Gregory S. Arovas (pro hac vice)<br>Todd M. Friedman (pro hac vice)<br>Alex R. Henriques (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com<br>Email: alex.henriques@kirkland.com<br><br>Attorneys for Defendants<br>ASUSTeK COMPUTER INC. and ASUS<br>COMPUTER INTERNATIONAL<br><br>Attorneys for Defendants<br>MICRO-STAR INTERNATIONAL CO., LTD.<br>AND MSI COMPUTER CORP. | Gregory S. Bishop (CA Bar No. 184680)<br>TROUTMAN PEPPER HAMILTON<br>SANDERS, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood City, California 94065-1434<br>Telephone: 650.802.3600<br>Fax: 650.802.3650<br>Email: gregory.bishop@troutman.com<br><br>William D. Belanger (Admitted *pro hac vice*)<br>Alison L. McCarthy (Admitted *pro hac vice*)<br>Frank D. Liu (Admitted *pro hac vice*)<br>Gwendolyn E. Tawresey (Admitted *pro hac vice*)<br>Griffin N. Mesmer (Admitted *pro hac vice*)<br>Ryan C. Deck (Admitted *pro hac vice*)<br>TROUTMAN PEPPER HAMILTON<br>SANDERS, LLP<br>125 High Street, 19th Floor,<br>High Street Tower<br>Boston, MA 02110<br>Telephone: 617.204.5100<br>Fax: 617.204.5150<br>Email: william.belanger@troutman.com<br>Email: alison.mccarthy@troutman.com<br>Email: frank.liu@troutman.com<br>Email: gwendolyn.tawresey@troutman.com<br>Email: griffin.mesmer@troutman.com<br>Email: ryan.deck@troutman.com<br><br>Attorneys for Plaintiff<br>TELA INNOVATIONS, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TELA INNOVATIONS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MICRO-STAR INTERNATIONAL CO.,<br>LTD. AND MSI COMPUTER CORP., | CASE NO. 18-cv-07617-WHO<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO DISMISS CASE WITH**<br>**PREJUDICE**<br><br>Judge: Hon. William H. Orrick |

Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tela Innovations, Inc. ("Tela") and Defendants Micro-Star International Co., Ltd. and MSI Computer Corp. (collectively, "MSI") hereby stipulate and agree to the following:

1. Tela and MSI stipulate and agree to the dismissal with prejudice of all claims in this action. There have been no counterclaims filed to date in this action because the action was stayed on June 3, 2019 (Dkt. 21), before MSI served any responsive pleading.

2. Tela and MSI further stipulate and agree that there will be no awards of fees or costs to any party in this action.

THEREFORE, the parties hereby request issuance of an Order granting dismissal with prejudice of all claims in this action.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: May 11, 2021

Respectfully submitted,

| By: */s/ Christopher M. Lawless* | By: */s/ Gregory S. Bishop* |
|---|---|
| Adam R. Alper (CA Bar No. 196834)<br>Bao Nguyen (CA Bar No. 198023)<br>KIRKLAND & ELLS LLP<br>555 California Street<br>San Francisco, CA 94194<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>Email: adam.alper@kirkland.com<br><br>Christopher M. Lawless (CA Bar No. 268952)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br>Email: clawless@kirkland.com<br><br>Gregory S. Arovas (pro hac vice)<br>Todd M. Friedman (pro hac vice)<br>Alex R. Henriques (pro hac vice)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: greg.arovas@kirkland.com<br>Email: todd.friedman@kirkland.com<br>Email: alex.henriques@kirkland.com<br>Attorneys for Defendants<br>ASUSTeK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL<br><br>*Attorneys for Defendants,*<br>MICRO-STAR INTERNATIONAL CO., LTD. AND MSI COMPUTER CORP. | Gregory S. Bishop (CA Bar No. 184680)<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>333 Twin Dolphin Drive, Suite 400<br>Redwood City, California 94065-1434<br>Telephone: 650.802.3600<br>Fax: 650.802.3650<br>Email: gregory.bishop@troutman.com<br><br>William D. Belanger (Admitted *pro hac vice*)<br>Alison L. McCarthy (Admitted *pro hac vice*)<br>Frank D. Liu (Admitted *pro hac vice*)<br>Gwendolyn E. Tawresey (Admitted *pro hac vice*)<br>Griffin N. Mesmer (Admitted *pro hac vice*)<br>Ryan C. Deck (Admitted *pro hac vice*)<br>TROUTMAN PEPPER HAMILTON SANDERS, LLP<br>125 High Street, 19th Floor,<br>High Street Tower<br>Boston, MA 02110<br>Telephone: 617.204.5100<br>Fax: 617.204.5150<br>Email: william.belanger@troutman.com<br>Email: alison.mccarthy@troutman.com<br>Email: frank.liu@troutman.com<br>Email: gwendolyn.tawresey@troutman.com<br>Email: griffin.mesmer@troutman.com<br>Email: ryan.deck@troutman.com<br><br>*Attorneys for Plaintiff,*<br>TELA INNOVATIONS, INC. |

**IT IS ORDERED** that the forgoing Stipulation To Dismiss Case With Prejudice is approved and granted. All claims in this action are hereby dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: May 11, 2021



Honorable William H. Orrick

UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document bas been obtained from the other signatories.

Respectfully submitted,

By: */s/ Christopher M. Lawless*

Christopher M. Lawless (CA Bar No. 268952)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: clawless@kirkland.com